**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Tudor Arms, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   EIN: 22-3657039 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>128 East Seventh Street<br>Plainfield, NJ       ZIPCODE 07060 | Street Address of Joint Debtor (No. and Street, City, and State)       ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Union | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIPCODE | Mailing Address of Joint Debtor (if different from street address):       ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Tudor Arms, 744 Watchung Avenue, Plainfield, NJ | ZIPCODE 07060 |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other   Real Estate

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Tudor Arms, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: Connolly Properties, Inc. | Case Number: 09-44498 (MS) | Date Filed: December 22, 2009 |
|---|---|---|
| District: District of New Jersey | Relationship: Affiliate | Judge: Morris Stern |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Tudor Arms, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  *Thomas M. Walsh*
Signature of Attorney for Debtor(s)

THOMAS M. WALSH 0645
Printed Name of Attorney for Debtor(s)

Trenk, DiPasquale, Webster, Della Fera & Sodono
Firm Name

347 Mt. Pleasant Avenue, Suite 300
Address

West Orange, NJ 07052

973-243-8600
Telephone Number

April 15, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

DAVID M. CONNOLLY
Printed Name of Authorized Individual

Trustee Under Tudor Arms Trust, Sole Member of Debtor
Title of Authorized Individual

April 15, 2010
Date

# RESOLUTION OF SPECIAL MEETING OF
# BOARD OF DIRECTORS OF TUDOR ARMS, LLC

I hereby certify that at a special meeting of the members of Tudor Arms, LLC, held on the 15th day of April 2010, the following resolution was proposed and unanimously adopted by all members present:

"RESOLVED that, in view of the financial condition of Tudor Arms, LLC, its officers be and hereby are authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the law firm Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. for the purposes of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that David Connolly is hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceeding of Tudor Arms, LLC.."

In certification hereof, I do set my hand and seal this 15th day of April 2010.

Tudor Arms, LLC

By: _____
DAVID CONNOLLY
Trustee Under Tudor Arms Trust,
Sole Member of Tudor Arms, LLC

F:\WPDOCS\A-M\Connolly Properties\Tudor Arms, LLC\Corporate Resolution.doc

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  Tudor Arms, LLC  ,
          Debtor

Case No.  10-

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Plainfield Municipal Utilities Authority PO Box 23310 Newwark, NJ 07102 | | | | 41,539.37 |
| The Jayson Company 2150 Stanley Terrace Union, NJ 07083 | | | Disputed | 11,494.56 |
| Public Service Electric & Gas PO Box 14105 New Brunswick, NJ 08906-4105 | | | Disputed | 7,417.30 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hilltop Fuel<br>12 Spielman Road<br>Fairfield, NJ 07004 | | | Disputed | 6,036.25 |
| Gillmore GIllmore & Graham<br>225 Lenox Avneue<br>Westfield, NJ 07090 | | | Disputed | 3,000.00 |
| Elizabethtown Water Company<br>PO Box 371476<br>Pittsburgh, PA 15250-7350 | | | Disputed | 2,911.64 |
| Standard Elevator Co.<br>PO Box 2204<br>Clifton, NJ 07015 | | | Disputed | 1,884.96 |
| R.L. Landscape Contractors<br>PO Box 7336<br>Watchung, NJ 07069 | | | Disputed | 930.90 |
| Corbett Exterminating, Inc.<br>70 Jackson Drive<br>Cranford, NJ 07016 | | | | 552.12 |
| Sherwin Williams<br>2109 Park Avenue<br>South Plainfield, NJ 07080 | | | | 456.03 |
| Accelerated Termite & Pest Control<br>1747 Front Street<br>Scotch Plains, NJ 07076 | | | | 422.65 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Levy, Ehrlich & Petriello<br>60 Park Place<br>Suite 1016<br>Newark, NJ 07102 | | | | 388.25 |
| Hess Corporation<br>PO Box 905243<br>Charlotte, NC<br>28290-5243 | | | | 312.30 |
| Bayway Fire Protection, LLC<br>PO Box 14<br>Colonia, NJ 07067 | | | | 139.44 |
| Lead Consulting and Inspection, Inc.<br>One Short Hills Avenue<br>Short Hills, NJ 07078 | | | | 100.00 |
| Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4830 | | | | 89.67 |
| Grove Lock & Safe Company<br>8 Grove Street<br>Plainfield, NJ 07060 | | | | 85.33 |
| Pest Busters, Inc.<br>PO Box 5396<br>Passaic, NJ 07055 | | | | 48.15 |
| AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791 | | | | 25.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    April 15, 2010

Signature    _____
DAVID M. CONNOLLY,
Trustee Under Tudor Arms Trust, Sole Member of Debtor

Accelerated Termite & Pest Control
1747 Front Street
Scotch Plains, NJ 07076


AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791


Bayway Fire Protection, LLC
PO Box 14
Colonia, NJ 07067


Connolly Properties, Inc.
128 East Seventh Street
Plainfield, NJ 07060


Corbett Exterminating, Inc.
70 Jackson Drive
Cranford, NJ 07016


Elizabethtown Water Company
PO Box 371476
Pittsburgh, PA 15250-7350


Gillmore GIllmore & Graham
225 Lenox Avneue
Westfield, NJ 07090


Grove Lock & Safe Company
8 Grove Street
Plainfield, NJ 07060


Hess Corporation
PO Box 905243
Charlotte, NC 28290-5243


Hilltop Fuel
12 Spielman Road
Fairfield, NJ 07004

Lead Consulting and Inspection, Inc.
One Short Hills Avenue
Short Hills, NJ 07078


Levy, Ehrlich & Petriello
60 Park Place
Suite 1016
Newark, NJ 07102


Pest Busters, Inc.
PO Box 5396
Passaic, NJ 07055


Plainfield Municipal Utilities Authority
PO Box 23310
Newwark, NJ 07102


Public Service Electric & Gas
PO Box 14105
New Brunswick, NJ 08906-4105


R.L. Landscape Contractors
PO Box 7336
Watchung, NJ 07069


Sherwin Williams
2109 Park Avenue
South Plainfield, NJ 07080


Sovereign Bank
Attn. Sharil A. Clarke, Esq.,
        VP and Sr. Counsel
619 Alexander Road
Princeton, NJ 08540

```
Standard Elevator Co.
PO Box 2204
Clifton, NJ 07015


The Jayson Company
2150 Stanley Terrace
Union, NJ 07083


Verizon
PO Box 4833
Trenton, NJ 08650-4830
```